# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY SYTO (6),<br><br>    Defendant. | Case No. 18-CR-0432-JLS (6)<br><br>**ORDER GRANTING MOTION OF JOINT CONTINUANCE OF PSR/SENTENCING HEARING** |

THE COURT, having received, read and considered the MOTION FOR REQUEST OF JOINT CONTINUANCE OF PSR/SENTENCING HEARING from December 3, 2021 at 10:30 AM to June 3, 2022 at 10:30 AM.

NOW ORDERS: The continuance of the PSR/Sentencing Hearing set for December 3, 2021 to June 3, 2022 at 10:30 AM. Defendant to file an Acknowledgement of the new hearing date by December 1, 2021.

IT IS HEREBY ORDERED.

Dated: November 18, 2021

Hon. Janis L. Sammartino
United States District Judge